UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| TOMMY FRENCH, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:16-cv-165 ) |
| CBL & ASSOCIATES PROPERTIES, INC., STEPHEN D. LEBOVITZ, AND FARZANA K. MITCHELL, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The pending Motions for Consolidation, Appointment of Lead Plaintiff, and Approval

of Counsel [doc. 22, doc. 26, doc. 27, doc. 28, doc. 34, and doc. 37] are **REFERRED** to

United States Magistrate Judge Christopher H. Steger for his consideration and

determination.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge