# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Tommy French, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CBL & Associates Properties, Inc., Stephen D. Lebovitz, and Farzana K. Mitchell,<br><br>      Defendants. | No. 1:16-cv-00165 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Named Plaintiff Tommy French, by and through his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his complaint against Defendants CBL & Associates Properties, Inc., Stephen D. Lebovitz, and Farzana K. Mitchell without prejudice.

DATED: December 21, 2016           Respectfully Submitted,

                            */s/ Paul Kent Bramlett*
                            Paul Kent Bramlett #7387
                            Robert Preston Bramlett #25895
                            **BRAMLETT LAW OFFICES**
                            P.O. Box 150734
                            Nashville, TN 37215
                            Tel: (615) 248-2828
                            Fax: (866) 816-4116
                            PKNASHLAW@aol.com
                            Robert@BramlettLawOffices.com

                            Jeffrey C. Block
                            Steven P. Harte
                            Bradley J. Vettraino
                            **BLOCK & LEVITON LLP**
                            155 Federal Street, Suite 400
                            Boston, Massachusetts 02110

1

Case 1:16-cv-00248-TWP-CHS   Document 33   Filed 12/21/16   Page 1 of 3   PageID #: 285

Tel: (617) 398-5600
Fax: (617) 507-6020
Jeff@blockesq.com
Steven@blockesq.com
Bradley@blockesq.com

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Notice of Voluntary Dismissal* has this date been filed on the Court's CM/ECF system, which will effect service on all counsel of record registered on the system.

*s/Paul Kent Bramlett*
Paul Kent Bramlett
